UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_LESTER MARROW_

RECEIVED
APR - 7 2015
PRO SE OFFICE

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

NEW York City police Department
~~Thomas Aquinted individuall~~

Jury Trial:  ☐ Yes    ☐ No
(check one)

15 CV 2753

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff          Name _LESTER MARROW_
                   Street Address _608 WEST 135 street #5A_
                   County, City _NEW York, N.Y. 10031_
                   State & Zip Code _N.Y. 10031_
                   Telephone Number _212 234-0267_

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _NEW York City police Department_
                   Street Address _____

*Rev. 05/2010*

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 2**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____ MY CONSTITUTIONAL rightS HAVE been VIOLATed due to my NON possesioN OF NArcoTics, A Jury oF 12 people FouNd ME INNocent.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? Jury Aquittal OF POSSESION OF NArcotics IN Supreme court.

B.   What date and approximate time did the events giving rise to your claim(s) occur? 2001 At 9:45 PM 135 Street BroAdWAy & riverside NEW York N.Y. 10031

C.   Facts: I WAS Arrested, Possesion of NArcotics during 2000, MArch 18, WITH Two co-DEFENdAts, SHAWNIE THomAs, cAre, Janes

**What happened to you?**

My co-DEFENdAnt AcuALLY possessed NArcotics during the Arrest. I WAS chArged for possesion ALTHough drugs were Not IN my possesion

**Who did what?**

SHAWNIE THomAs and MS. CAre I Do Not HAve MS. CAre full NAme due to me NOT AcuALLY KNOWing MS. CAre PErsoNALLY she WAs A friend to MS. THomAs

**Was anyone else involved?**

I WAs Arrested IN front OF Bus stop RestAurant 135 BroAdWAy & Riverside NO witnesses OF THE INITIAL Arrest

**Who else saw what happened?**

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I seek compensation_
_for the 2 years that_
_I actually went through pain, suffering_
_mental anguish, loss of time from work_
_while attending trial hearings as well_
_as compensation ~~that~~ in reference of_
_being totally ~~inconvenienced~~ being_
_inconvienced as well as terrofied_
_for my future during the period that_
_my sons' were at the age of 3 years old._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20__.

Signature of Plaintiff    _Pete Manain_

Mailing Address    _608 WEST 135 Street_
_Apt ## 5A New York, NY 10031_

Telephone Number    _347 849-5089_

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*